PLANTATION HOMES, INC., *ET AL.*, PLAINTIFFS-PETITION-ERS, v. PLANNING BOARD OF LEVITTOWN, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Evoy & Feinberg* for the petitioners.

*Messrs. Bookbinder & Friedman* and *Mr. John S. Fields* for the respondents.

July 3, 1964. ■■■■■

■■■■■■■■■■■■■■■

IN THE MATTER OF THE ESTATE OF JOSEPH ALEXAN-DRAVICUS, DECEASED.

JONAS BUDRYS, CONSUL GENERAL OF THE REPUBLIC OF LITHUANIA AT NEW YORK, PLAINTIFF-PETITIONER, v. JESSE MOSKOWITZ, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 303.

*Mr. Abraham J. Slurzberg* for the petitioner.

*Mr. Jesse Moskowitz, pro se.*